FILED ___ LODGED
RECEIVED ___ COPY
AUG 18 2014
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Dear Court Clerk,

Please file this with the United States Attorney's Office.

And, with our,
District Court Executive Branches.

And, return a stamped and dated copy to me at: 23042 N 88th Dr., Peoria, AZ 85383
by and for myself.

Signed, pursuant to USC 28 § 1746

Respectfully submitted

_____ Date:

Captain Roger D. Wilson

To THE U.S. District Court Executive
Brian D. Karth

Dear mr Karth

I am currently Pro SE and without Representation and I HAVE recenctly Been Found Not compotent To Stand Trial,

I Hope you are THE correct Person TO ASST me in obtaining Proper Counsel, as I'm Resonably Sure, THAT Because I'm NOT compotent TO Stand Trial THAT I Need THE United States Attorney's office To FILE CHArges against AN ARIZONA Superior Court Judge, James L. Conloque and AZ States Attorney James Glenville will you Please HAVE THE US Attorney contact me To ASST IN my Filing

THANK you
Capt Roge D. WILSON

8/15/14